872

**No. P67/68.**—James Loudon & Co., Inc., and Jet Corp. of America
v. United States, protest 61/4893 (San Francisco).

Rao, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric swizzle stick mixers similar in all material respects to those the subject of *Bloomfield Industries, Inc.* v. *United States* (54 Cust. Ct. 287, Abstract 68974), the claim of the plaintiffs was sustained.

**No. P67/69.**—Robert Bosch Corp. and P. W. Bellingall, Inc., et al.
v. United States, protests 62/15765, etc. (San Francisco).

**No. P67/70.**—Bruce Duncan Co., Inc., a/c Jack McAfee Imports, Inc.,
et al. v. United States, protests 65/14242, etc. (Los Angeles).

Rao, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs not dedicated to use in automobiles similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

**No. P67/71.**—Bloomfield Industries, Inc. v. United States, protest
65/15755–15079 (Chicago).

Rao, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-powered mixers or swizzle sticks similar in all material respects to those the subject of *Bloomfield Industries, Inc.* v. *United States* (54 Cust. Ct. 287, Abstract 68974), the claim of the plaintiff was sustained.

**No. P67/72.**—P. W. Bellingall, Inc., and Fred C. English & Assoc.
et al. v. United States, protests 63/163, etc. (San Francisco).

Rao, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.